No. 202.  SOUTHERN OREGON COMPANY *v.* UNITED
STATES.  Appeal from the Circuit Court of Appeals for
the Ninth Circuit.  Joint motion to remand submitted
March 24, 1919.  Decided April 21, 1919.  Considering
the suggestion made to the court by the parties to the
above-entitled cause, that all matters of difference be-
tween them arising out of the subject-matter of this liti-
gation have been satisfactorily adjusted and settled pur-
suant to the provisions of the Act of Congress approved
February 26, 1919, entitled "An Act To accept from the
Southern Oregon Company, a corporation organized under
the laws of the State of Oregon, a reconveyance of the

lands granted to the State of Oregon by the Act approved March third, eighteen hundred and sixty-nine, entitled 'An Act granting lands to the State of Oregon to aid in the construction of a military wagon road from the navigable waters of Coos Bay to Roseburg, in said State,' commonly known as the Coos Bay Wagon Road grant, to provide for the disposition of said lands, and for other purposes;" and, further, considering the joint motion by the said parties to remand the cause, It is hereby ordered that this cause be, and the same is hereby, remanded to the District Court, with authority in that court to modify the final decree in the cause so as to carry into effect the said Act of Congress of February 26, 1919. *Mr. John M. Gearin* for appellant. *The Solicitor General* for the United States.